## Government Empls. Ins. Co. v American Med. Initiatives, P.C.

2025 NY Slip Op 32307(U)

June 30, 2025

Supreme Court, New York County

Docket Number: Index No. 159677/2024

Judge: Judy H. Kim

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:     **HON. JUDY H. KIM**                                    PART          04

                                                                    *Justice*

-----------------------------------------------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, INCLUDING ITS SUBSIDIARIES AND AFFILIATES, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY,

| | |
|---|---|
| INDEX NO. | 159677/2024 |
| MOTION DATE | 02/21/2025 |
| MOTION SEQ. NO. | 001 |

Plaintiffs,

- v -

AMERICAN MEDICAL INITIATIVES, P.C.,ARUNA SUPPLY, INC.,BIG APPLE DRUGS, INC.,BRONX DIAGNOSTIC RADIOLOGY, P.C.,BV NASSAU COUNTY PHYSICAL THERAPY, P.C.,CROSS COUNTY CHIROPRACTIC, P.C.,FUTURE CHIROPRACTIC CARE, P.C.,GRAPH SUPPLY, INC.,HERSCHEL KOTKES, M.D., P.C.,JAMES AVELLINI MEDICAL, P.C.,LAMENT SUPPLY GROUP, INC.,MODERN REMEDIES, L.L.C., NU AGE MED SOLUTIONS, INC.,PARK CHEMISTS 4 AV, L.L.C., PELHAM PARKWAY MEDICAL, P.C.,PHARMAKON PHARMACY, INC.,RANA UNITED, INC.,RIGHT CHOICE PHARMACY, INC.,SEA BREEZE PHYSICAL THERAPY, P.C.,SUNSHINE VALLEY STREAM MEDICAL, P.C.,NADINE BOLLING, DANIELLE BRATTON, SHEREE SYKES,

**DECISION + ORDER ON MOTION**

Defendants.

-----------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47

were read on this motion to/for                          JUDGMENT - DEFAULT                 .

Upon the foregoing documents, plaintiff's motion for default judgment is granted.

In this action, plaintiff seeks a declaratory judgment that plaintiff is not obligated to pay

no-fault benefits for the medical treatment of defendants Nadine Bolling and Danielle Bratton for

injuries they allegedly sustained in a motor vehicle collision on October 11, 2022, based upon

159677/2024   GOVERNMENT EMPLOYEES INSURANCE COMPANY, INCLUDING ITS SUBSIDIARIES AND AFFILIATES, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY vs. AMERICAN MEDICAL INITIATIVES, P.C. ET AL
Motion No.  001

Page 1 of 4

[* 1]

plaintiff's founded belief that the injuries alleged did not arise out of that collision and Bolling and Danielle Bratton's failure to respond to post-EUO demands.

Plaintiff now moves for a default judgment against certain defendants, i.e., American Medical Initiatives, P.C., Aruna Supply, Inc., Big Apple Drugs, Inc., Bronx Diagnostic Radiology, P.C., BV Nassau County Physical Therapy, P.C., Cross County Chiropractic, P.C., Future Chiropractic Care, P.C., Graph Supply, Inc., Herschel Kotkes, M.D., P.C., James Avellini Medical, P.C., Modern Remedies, L.L.C., Nu Age Med Solutions, Inc., Park Chemists 4 AV, L.L.C., Pelham Parkway Medical, P.C., Pharmakon Pharmacy, Inc., Rana United, Inc., Right Choice Pharmacy, Inc., Sea Breeze Physical Therapy, P.C., Sunshine Valley Stream Medical, P.C., Nadine Bolling, and Danielle Bratton. None of these defendants have submitted opposition.

## DISCUSSION

In order to establish its entitlement to a default judgment pursuant to CPLR 3215, plaintiff must submit proof of: (1) service of the summons and complaint; (2) the facts constituting the claim; and (3) defendants' default in answering or appearing (*see Gordon Law Firm, P.C. v Premier DNA Corp.*, 205 AD3d 416, 416 [1st Dept 2022]). Where, as here, service was effected on certain defendants via the New York State Secretary of State pursuant to BCL §306, plaintiff is also required, per CPLR 3215(g)(4), to establish its additional service of the summons and complaint by first class mail at these defendants' last known address (*see Sterk-Kirch v Uptown Communications & Elec, Inc.*, 124 AD3d 413, 414 [1st Dept 2015]).

Plaintiff has satisfied these requirements. To wit, plaintiff submits an affidavit of service documenting its service of the summons and complaint on the corporate defendants via the New York State Secretary of State and on the individual defendants pursuant to CPLR 308(2), (NYSCEF Doc No. 26, affidavits of service). It has also established the additional mailing of the

159677/2024  GOVERNMENT EMPLOYEES INSURANCE COMPANY, INCLUDING ITS SUBSIDIARIES AND AFFILIATES, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY vs. AMERICAN MEDICAL INITIATIVES, P.C. ET AL
Motion No.  001

Page 2 of 4

2 of 4

summons and complaint upon the corporate defendants as required by CPLR 3215(g)(4) (*see* NYSCEF Doc. No. 43, notices of default) and defendants' default (*see* NYSCEF Doc No. 32, Tomsky affirm.).

Finally, plaintiff has established proof of the facts constituting its claim through submissions establishing that Nadine Bolling and Danielle Bratton failed to appear for duly-scheduled examinations under oath, a condition precedent to coverage (*see* NYSCEF Doc Nos. 34, 38), and the affidavit of Debra Harrison, a GEICO Claims Associate (NYSCEF Doc No. 33), detailing the basis for plaintiff's conclusion that the injuries alleged did not arise out of the October 11, 2022 collision (*see Hereford Ins. Co. v Interdependent Acupuncture PLLC*, 234 AD3d 410, 411 [1st Dept 2025]; *see also State Farm Mut. Auto. Ins. Co. v AK Glob. Supply Corp.*, 203 AD3d 556 [1st Dept 2022]).

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECLARED** that the plaintiff owes no duty to provide, pay, or honor any no-fault claims of American Medical Initiatives, P.C., Aruna Supply, Inc., Big Apple Drugs, Inc., Bronx Diagnostic Radiology, P.C., BV Nassau County Physical Therapy, P.C., Cross County Chiropractic, P.C., Future Chiropractic Care, P.C., Graph Supply, Inc., Herschel Kotkes, M.D., P.C., James Avellini Medical, P.C., Modern Remedies, L.L.C., Nu Age Med Solutions, Inc., Park Chemists 4 AV, L.L.C., Pelham Parkway Medical, P.C., Pharmakon Pharmacy, Inc., Rana United, Inc., Right Choice Pharmacy, Inc., Sea Breeze Physical Therapy, P.C., Sunshine Valley Stream Medical, P.C., Nadine Bolling, and Danielle Bratton with respect to the alleged collision that occurred on October 11, 2022, referenced by GEICO claim number 8710312240000003; and it is further

159677/2024 GOVERNMENT EMPLOYEES INSURANCE COMPANY, INCLUDING ITS SUBSIDIARIES AND AFFILIATES, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY vs. AMERICAN MEDICAL INITIATIVES, P.C. ET AL
Motion No. 001

Page 3 of 4

3 of 4

**ORDERED** that this action is severed and shall proceed against defendants Lament Supply Group, Inc. and Sheree Sykes; and it is

**ORDERED** that plaintiff shall, within twenty days from the date of this decision and order, serve a copy of same with notice of entry upon defendants and upon the Clerk of the Court, who is directed to enter judgment accordingly; and it is further

**ORDERED** that such service upon the Clerk of the Court shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website).

This constitutes the decision and order of the Court.

**6/30/2025**
**DATE**

**HON. JUDY H. KIM, J.S.C.**

| CHECK ONE: | | CASE DISPOSED | | X | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|---|
| | X | GRANTED | | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

159677/2024   GOVERNMENT EMPLOYEES INSURANCE COMPANY, INCLUDING ITS SUBSIDIARIES AND AFFILIATES, GEICO GENERAL INSURANCE COMPANY, GEICO INDEMNITY COMPANY AND GEICO CASUALTY COMPANY vs. AMERICAN MEDICAL INITIATIVES, P.C. ET AL
Motion No.  001

Page 4 of 4

4 of 4